IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ALFRED ELLIOTT,
REG. #97965-024                                                                          PLAINTIFF

v.                                           2:07CV00135HLJ

UNITED STATES OF
AMERICA, et al.                                                                          DEFENDANTS

## ORDER

This matter is before the Court on several motions of the parties.

1) Plaintiff's motion for temporary restraining Order (DE #51). The Court will construe this motion as plaintiff's second motion for preliminary injunctive relief, in which he complains about defendants' failure to adequately treat his heart rate and blood pressure needs. Plaintiff asks to be taken to see a cardiologist. This is also the subject of plaintiff's first motion to expedite (DE #52). The Court will direct defendants to respond to these motions.

2) Plaintiff's motion for an extension of time in which to respond to the defendants' motion to dismiss/for summary judgment (DE #57) is now moot, as he has filed his response.

3) Plaintiff's motion for reconsideration (DE #58) - Plaintiff asks the Court to reconsider its June 11, 2008 Order denying his motion to compel. Plaintiff states defendants have not provided to him the documents they indicated they would provide. In response, defendants state they have now provided those documents to plaintiff. Therefore, the motion will be denied as moot.

4) Defendants' motion to stay discovery (DE #60) - Defendants ask to stay discovery, pending the Court's ruling on their motion to dismiss/for summary judgment. Plaintiff objects, stating certain documents are necessary for his response. To the extent that the motion to

dismiss/for summary judgment now appears ripe for disposition, the Court will grant the defendants' motion.

5) Plaintiff's second motion to expedite (DE #62) - In this motion, plaintiff asks the Court to direct defendants to provide a letter which he needs in support of his first motion for preliminary injunctive relief. This document is a letter from Warden Outlaw to the Probation Department in Tucson, Arizona, requesting supervision for the plaintiff during his period of supervised release. Defendants did not file a response to this motion, and the Court finds defendants should provide such letter within ten days of the date of this Order.

6) Defendants' motions to substitute attorney (DE ##66, 72, 73). The Court will grant defendants' motion to set aside its first motion to substitute, and will also grant its second motion to substitute.

7) Plaintiff's filing (request) to strike (DE #63) - Plaintiff asks the Court to strike the declaration of Dr. Edna J. Prince, offered by defendants in support of their motion to dismiss/for summary judgment, stating she is not qualified to render an expert opinion. Defendants respond by reciting Ms. Prince's qualifications and by stating her declaration is that of a fact witness and treating physician at the Unit where plaintiff is incarcerated. The Court will note plaintiff's objections to the declaration when reviewing the motion to dismiss/for summary judgment, but will deny the request and motion to strike.

8) Plaintiff's motion to strike the declaration of James Crook, also offered in support of the defendants' motion to dismiss/for summary judgment (DE #71). Again, the Court will deny plaintiff's motion, and will consider the objections set forth in the motion when reviewing the motion to dismiss/for summary judgment. Accordingly,

IT IS, THEREFORE, ORDERED that defendants shall file a response to plaintiff's second motion for preliminary injunctive relief (DE #51) and the related motion to expedite (DE #52) within ten days of the date of this Order.

IT IS FURTHER ORDERED that plaintiff's motion for an extension of time (DE #57) is hereby DENIED as moot.

IT IS FURTHER ORDERED that plaintiff's motion for reconsideration (DE #58) is hereby DENIED as moot.

IT IS FURTHER ORDERED that defendants' motion to stay discovery (DE #60) is hereby GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion to expedite document production (DE #62) is hereby GRANTED.  The defendants shall provide the requested document to plaintiff and to the Court within ten days of the date of this Order.

IT IS FURTHER ORDERED that defendants' motion to set aside their first motion for substitution (DE #72) is GRANTED.

IT IS FURTHER ORDERED that defendants' second motion for substitution (DE #73) is hereby GRANTED.  Assistant United States Attorney Stacey McCord is hereby substituted as counsel of record for the defendants.

IT IS FURTHER ORDERED that plaintiff's requests and motions to strike (DE ##63, 71) are hereby DENIED.

IT IS SO ORDERED this 27th day of August, 2008.

_____
United States Magistrate Judge