IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ALFRED ELLIOTT,
REG. #97965-024                                                                                    PLAINTIFF

v.                                              2:07CV00135HLJ

UNITED STATES
OF AMERICA, et al.                                                                              DEFENDANTS

ORDER

Defendants' motion to file documents under seal (DE #121) is hereby GRANTED.

IT IS SO ORDERED this 1st day of December, 2008.

_____
United States Magistrate Judge

1