IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ALFRED ELLIOTT                                                        PLAINTIFF

v.                                  2:07CV00135HLJ

RONNIE COLE, et al.                                                  DEFENDANTS

<u>ORDER</u>

Plaintiff originally filed this Federal Tort Claims Act (FTCA) and Bivens federal civil rights action and was granted <u>in forma pauperis</u> status, while incarcerated at the Federal Correctional Institution (FCI), Forrest City, Arkansas.     However, he has notified the Court of a change in his address which reflects his release from incarceration (DE #129).  Therefore, in order to continue the prosecution of this action, plaintiff must file an updated request to proceed <u>in forma pauperis.</u> Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall file an updated request to proceed <u>in forma pauperis</u> within fifteen days of the date of this Order.  Failure to file such shall result in the dismissal without prejudice of plaintiff's complaint.  See Local Rule 5.5(c)(2).  The Clerk is hereby directed to forward an <u>in forma pauperis</u> application to plaintiff.

IT IS SO ORDERED this 4th day of March, 2009.


_____
United States Magistrate Judge


1