IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ALFRED ELLIOTT                                                                    PLAINTIFF

VS.                         CASE NO.2:07CV00135SWW/HLJ

UNITED STATES OF AMERICA, et al.                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion to dismiss, or in the alternative, for summary judgment, is hereby GRANTED in part, with respect to Counts II, III, IV, V, and VI, and DENIED with respect to Counts I and VII.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment with respect to Count VI is hereby DENIED.

IT IS SO ORDERED this 1ST day of April 2009.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE